
LEWIS BRISBOIS BISGAARD & SMITH LLP
Robert A. Ford, SB# 056311
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
Cornell Corrections of California, Inc., erroneously served and sued herein as Cornell Corporation, Inc., Maria Richard, Mike Reed, Dora Ford, Judith Henderson, Melody Daniel, and Rose Hughes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| JORDAN ROSENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>CORNELL CORPORATION, INC., AND ASSOCIATED COMPANIES, MARIA RICHARD, DIRECTOR, MIKE REED, DIRECTOR, DORA FORD, CASE MANAGER, JUDITH HENDERSON, JOB DEVELOPER, MELODY DANIEL, JOB DEVELOPER, ROSE HUGHES, STAFF, DOES 1-100,<br><br>    Defendants. | CASE NO. CV 07-4690 PJH<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: December 19, 2007<br>Time: 9:00 a.m.<br>Dept: 3 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **December 19, 2007**, at **9:00 a.m.**, or as soon thereafter as the matter may be heard, in **Department 3**, of the above-entitled Court, defendants move this Court for an order dismissing plaintiff's action with prejudice since, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, plaintiff's complaint fails to state a claim upon which relief can be granted.

1  Defendants' Motion is based on this Notice of Motion, the Motion and Memorandum of
2  Points and Authorities and pleadings and papers filed therein on November 9, 2007, plaintiff's
3  complaint, and any other matter the Court deems proper to review at the hearing on this motion.
4  DATED: November 14, 2007

5  LEWIS BRISBOIS BISGAARD & SMITH LLP

7  By /s/ Robert Ford
   ROBERT A. FORD
8  Attorneys for Defendants

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580