UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORDAN ROSENBERG,

    Plaintiff(s),                           No. C 07-4690 PJH

    v.                               **CLERK'S NOTICE**

CORNELL CORPORATION INC., et al.,

    Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that the **December 5, 2007** hearing date for Plaintiff's Motion to Remand and the **December 19, 2007** hearing date for Defendants' Motion to Dismiss are VACATED, in this matter.   Both motions will be decided on the papers.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: November 16, 2007