1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Robert A. Ford, SB#056311
2         ford@lbbslaw.com
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendants
   Cornell Corrections of California, Inc., erroneously
6  served and sued herein as Cornell Corporation, Inc.,
   Maria Richard, Mike Reed, Dora Ford, Judith
7  Henderson, Melody Daniel, and Rose Hughes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| JORDAN ROSENBERG, | CASE NO. CV 07-4690 PJH |
| Plaintiff, | |
| v. | **DEFENDANTS' DESIGNATION OF COUNSEL** |
| CORNELL CORPORATION, INC., AND ASSOCIATED COMPANIES, MARIA RICHARD, DIRECTOR, MIKE REED, DIRECTOR, DORA FORD, CASE MANAGER, JUDITH HENDERSON, JOB DEVELOPER, MELODY DANIEL, JOB DEVELOPER, ROSE HUGHES, STAFF, DOES 1-100, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that the above listed Defendants, hereby designate Robert A. Ford, Esq. of Lewis, Brisbois, Bisgaard & Smith, LLP as counsel in place of Peggy S. Doyle, Esq.

DATED: November 19, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Robert A. Ford
ROBERT A. FORD
Attorneys for Defendants

4816-4995-5330.1                    -1-
**DEFENDANTS' DESIGNATION OF COUNSEL**