**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT A. FORD, SB#056311
    ford@lbbslaw.com
ANDJE MOROVICH, SB# 51288
    jacobson@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
CORNELL CORRECTIONS OF CALIFORNIA, INC., erroneously
Served and sued herein as CORNELL CORPORATION, INC.,
MARIA RICHARD, MIKE REED, DORA FORD, JUDITH
HENDERSON, MELODY DANIEL, and ROSE HUGHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ROSENBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>CORNELL CORPORATION, INC., AND ASSOCIATED COMPANIES, MARIA RICHARD, DIRECTOR, MIKE REED, DIRECTOR, DORA FORD, CASE MANAGER, JUDITH HENDERSON, JOB DEVELOPER, MELODY DANIEL, JOB DEVELOPER, ROSE HUGHES, STAFF, DOES 1-100,<br><br>        Defendants. | CASE NO. CV 07-4690 PJH<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Andje Morovich will be unavailable from **June 4, 2008 through June 30, 2008**, and unavailable for any purpose whatsoever, including *ex parte* appearances, motions or other Court hearings, depositions or responding to discovery.

///

///

4850-7843-8146.1                            -1-
NOTICE OF UNAVAILABILITY OF COUNSEL

PLEASE NOTE, purposefully scheduling a conflicting proceeding or date for response is sanctionable conduct pursuant to <u>Tenderloin Housing Clinic, Inc. v. Sports</u> (1992) 8 Cal.App.4th 299, 10 Cal.Rptr.2d 371. Professional courtesy in this regard is appreciated.

DATED: May 15, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
ROBERT A. FORD
Attorneys for Defendants CORNELL
CORRECTIONS OF CALIFORNIA, INC.,
erroneously Served and sued herein as
CORNELL CORPORATION, INC., MARIA
RICHARD, MIKE REED, DORA FORD,
JUDITH HENDERSON, MELODY DANIEL,
and ROSE HUGHES

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4850-7843-8146.1

-2-

NOTICE OF UNAVAILABILITY OF COUNSEL

**CERTIFICATE OF SERVICE**
*Rosenberg v. Cornell*
USDC–ND Case No. CV 07-4690 PJH

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On May 15, 2008, I served the following document described as

**NOTICE OF UNAVAILABILITY OF COUNSEL**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| ROSENBERG, JORDAN<br>601 VAN NESS AVENUE #E3-219<br>SAN FRANCISCO, CA 94102 | Pro per plaintiff |

[ ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ] I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 15, 2008, at San Francisco, California.

_____
Elaine Auwbrey