1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORDAN ROSENBERG,

        Plaintiff,

   v.

CORNELL CORPORATION INC.,

        Defendant.

_____/

No. C 07-4690 PJH

**NOTICE AND ORDER
CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion to dismiss, which was previously set for October 21, 2009, at 9:00 a.m., has been CONTINUED to November 25, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED**.

Dated:  October 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge