UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORDAN ROSENBERG,

      Plaintiff,

      v.

CORNELL CORPORATION INC., et al,

      Defendants.
_____/

No. C 07-4690 PJH

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion to Dismiss Second Amended Complaint entered December 17, 2009, in which the court dismissed plaintiff's federal claims and declined to exercise supplemental jurisdiction over plaintiff's state law causes of action;

    it is Ordered and Adjudged

    that the complaint is dismissed without prejudice as to the state law causes of action.

Dated: December 18, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge